George A. Marino
4012 Broadway
Oakland, CA 94611
TELEPHONE: 510-547-7600
E-MAIL gamarino@sbcglobal.net
Defendant Pro Se

**RECEIVED**

MAR 22 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FERNANDES, | Case No. CV 11-0285 - JCS |
| Plaintiff, | STIPULATION TO EXTEND TIME FOR DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT |
| V. | |
| GEORGE MARINO, | |
| Defendant, | |

Defendant George Marino and Plaintiff Michael Fernandes agree to a 30 day extension to April 21, 2011 for Defendant to file an Answer to Plaintiff's Complaint as per e-mail attached.

Date: March 22, 2011        _____
                            George Marino, Defendant Pro Per

Date:                       _____
                            Thomas Stewart III, Attorney for Plaintiff

Stipulation Case No. CV 11-0285 - JCS       PAGE 1 of 2

Dated: March 24, 2011

IT IS SO ORDERED
Judge Joseph C. Spero

Re: Michael Fernandes, Plaintiff, v. George Marino, Defendant. No. CV 11 0285 JCS - 'at... Page 1 of 1

# YAHOO! MAIL

**Re: Michael Fernandes, Plaintiff, v. George Marino, Defendant. No. CV 11 0285 JCS**

Monday, March 14, 2011 2:02 PM

From: "Tom Stewart" <t_stew_3@yahoo.com>
To: "George Marino" <mamasroyalcafe@sbcglobal.net>

Mr. Marino:

Your reqest is granted. However, if you do not file a responsive pleading by April 21, 2011, I will file a request for the Court to enter your default.

Tom Stewart

--- On **Mon, 3/14/11, George Marino <*mamasroyalcafe@sbcglobal.net*>** wrote:

From: George Marino <mamasroyalcafe@sbcglobal.net>
Subject: Michael Fernandes, Plaintiff, v. George Marino, Defendant. No. CV 11 0285 JCS
To: t_stew_3@yahoo.com
Date: Monday, March 14, 2011, 1:48 PM

Dear Mr Stewart,

Michael Fernandes, Plaintiff, v. George Marino, Defendant.     No. CV 11-0285 JCS

I am requesting an additional 30 days to respond to the complaint which would bring the deadline for my response from March 22, 2011 to April 21, 2011. I am requesting this extension because 1. my manager has been on vacation the past week, 2. since I want to represent myself I need the extra time to do research, have limited access to research materials, and research must be handled after work hours. 3. if after doing research I find I am not confident in representing myself I will need time to to find a lawyer. Thank you for your consideration.

Sincerely,
George Marino

http://us.mc820.mail.yahoo.com/mc/showMessage?sMid=0&fid=%2540S%2540Search&f...  3/22/2011

Stipulation    Case No.   CV 11-0285 - JCS        PAGE 2 of 2

# CERTIFICATE OF SERVICE

*Use this form to show that a paper or document (other than a complaint) was served (sent or delivered) to an opposing party in accordance with Federal Rule of Civil Procedure 5. A different form is needed to serve a complaint under Federal Rule of Civil Procedure 4.*

Case name: _Michael Fernandes, Plaintiff v. George Marino Defendant_

Case number: _CV 11-0285 JCS_

**What document was served?** *(Write the full name or title of the document or documents, e.g., "Plaintiff's Opposition to Defendant's Motion for Summary Judgment.")*

Title(s): _Stipulation to extend time_

**How was the document served?** *(Check one.)*
- [ ] Placed in U.S. Mail
- [x] Sent by fax
- [ ] Hand-delivered
- [ ] Sent by delivery service (e.g., FedEx or UPS)

**To whom was the document sent?** *(Write the full name, address, and fax number of everyone who was sent the document. Usually, they will be the lawyers for the opposing parties.)*

Thomas N. Stewart III
369 Blue Oak Lane, 2nd Floor
Clayton CA 94517
FAX: 925-672-8452

**When were the documents served?** *(When were they mailed, faxed, or delivered?)*

Date: _3/22/2011_

**Who served the documents?** *(Who put it into the mail, faxed it, hand-delivered it, or sent it by delivery service? That person should print his/her name and address and sign below.)*

I declare under penalty of perjury under the laws of the United States of America that the information in this certificate of service is true and correct.

Signature: _[signature]_
Printed name: _George Marino_
Address: _4012 Broadway Oakland CA 94611_