THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
E-mail: t_stew_3@yahoo.com
Attorneys for Michael Fernandes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FERNANDES, | Case No. CV 11-285 JCS |
| Plaintiff, | STIPULATION OF DISMISSAL; ORDER |
| v. | |
| GEORGE MARINO, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties to this action, by Defendant and Plaintiff's counsel that this action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Date: January 13, 2012                                    Date: January 13, 2012

George Marino,                                                Thomas N. Stewart, III,
Defendant                                                         Attorney for Plaintiff

IT IS SO ORDERED:

Date: 1/18/12                                                    _____
                                                                          Judge Joseph C. Spero

CV 11-285 JCS                                                 1